**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In the Interest of K. C.

Appellate case numbers:   01-18-00009-CV & 01-18-00010-CV

Trial court case numbers:  248269-01 & 248269

Trial court:                     Probate Court No. 3 of Harris County

This Court's June 7, 2018 Order of Abatement had abated these related involuntary commitment appeals for the trial court to hold a show-cause hearing for why appellant's counsel, Tom Zakes, should not be relieved of his duties for failing to timely file a brief. That Order had also stated that these appeals might be reinstated if appellant filed a brief and extension motion and a motion to withdraw the abatement order.

On June 21, 2018, appellant's counsel, Tom Zakes, filed a compliant appellant's brief in this Court for the above-referenced appeals. *See* TEX. R. APP. P. 38.1. On June 22, 2018, appellant's counsel filed a motion for an extension of time contending that he was not aware that the appellate records had been filed until after he was contacted by the trial court for the abatement hearing. *See* TEX. R. APP. P. 10.5(b)(1)(C). On the same date, appellant's counsel also filed a motion to withdraw the abatement order and waive the abatement hearing because it is no longer necessary after he filed the brief. On June 25, 2018, the reporter's record for the abatement hearing was filed in this Court.

Accordingly, the Court **GRANTS** appellant's motions for extension of time and to withdraw abatement, and directs the Clerk of this Court to **WITHDRAW** the Order of Abatement, to **REINSTATE** these cases on the Court's active docket, and to mark appellant's brief as filed on June 21, 2018.

Appellee's brief, if any, is **ORDERED** to be filed within **20 days** of the date of the date of this Order. *See* TEX. R. APP. P. 2, 38.6(b). No extensions will be granted absent extraordinary circumstances.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                              ☑ Acting individually    ☐ Acting for the Court
Date: June 26, 2018